IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES MCALPHIN
ADC #88328                                                                                       PLAINTIFF

v.                      Case No. 5:15-cv-00214-KGB-JTK

JOHN/JANE DOE, *et al.*                                        DEFENDANTS

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Jerome Kearney (Dkt. No. 17). No objections were filed, and the time for filing objections has passed. After careful review of the Proposed Findings and Recommendations, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Defendant Dennis Cornes's motion to set aside order allowing plaintiff to proceed *in forma pauperis* is denied (Dkt. No. 13).

SO ORDERED this 7th day of January, 2016.

*[signature: Kristine G. Baker]*

KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE