IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES MCALPHIN
ADC #88328                                                                                      PLAINTIFF

v.                              Case No. 5:15-cv-00214-KGB-JTK

JOHN/JANE DOE, *et al.*                                                                    DEFENDANTS

## ORDER

Pending before the Court is the application by Mark H. Allison for the reimbursement of out-of-pocket expenses (Dkt. No. 162). The Court appointed Mr. Allison as counsel in this matter (Dkt. No. 125). By prior Order, this Court approved counsel's application for approval of expenditure of out-of-pocket expenses under Local Rule 83.6 related to deposition transcripts and court reporting services (Dkt. No. 139). Mr. Allison's motion seeks reimbursement for those costs, as well as additional out-of-pocket expenses he incurred in representing plaintiff James McAlphin in the trial of this matter (Dkt. No. 162). Mr. Allison explains the costs incurred and, where appropriate, has submitted receipts for these costs (Dkt. No. 162, at 1-2; Exhibits B, C).

Having considered the application pursuant to the guidelines and policies of the Library Fund, the Court orders that the Clerk of the Court disburse money from the Library Fund in the amount of $1,767.22 and distribute it to the named applicant. A copy of this Order, together with the application, shall be placed in the Library Fund file maintained by the Clerk of the Court.

So ordered this 12th day of September, 2019.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge